

**DIAZ, REUS & TARG, LLP**

MIAMI OFFICE
100 S.E. Second Street
3400 Miami Tower
Miami, Florida 33131-USA

Tel: (305) 375-9220
Fax: (305) 375-8050
www.diazreus.com

March 24, 2016

**By Electronic Filing**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re:   *Commodities & Minerals Enterprise Ltd. v. CVG Ferrominera Orinoco, C.A.*
      **Case No. 16-cv-000861 (ALC)(HBP)**

Dear Judge Carter:

This law firm is in the process of being retained by Defendant CVG Ferrominera Orinoco, C.A. ("FMO") and we write on its behalf.

The parties have agreed to extend Defendant's deadline to respond to the complaint and raise any challenges to the attachment motions from March 28, 2016 to April 29, 2016.

This is Defendant's second extension of time.

Respectfully submitted,

Eliyahu Z. Kaploun

Cc by email:   Michael Frevola