UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITIES & MINERALS ENTERPRISE LTD., <br><br> Plaintiff, <br><br> - against - <br><br> CVG FERROMINERA ORINOCO, C.A., <br><br> Defendant. | No. 16-cv-00861 (ALC) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Laura E. Miller of the law firm of Seward & Kissel LLP, an attorney admitted to practice before this Court, hereby appears as attorney of record for Plaintiff Commodities & Minerals Enterprise Ltd. in the above-captioned proceeding and requests that all subsequent papers be served upon her at the address below.

Dated: New York, New York
       March 23, 2018

SEWARD & KISSEL LLP

By: s/ Laura E. Miller
    Laura E. Miller
One Battery Park Plaza
New York, New York  10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
millerl@sewkis.com