```
                                                    USDC SDNY
                                                    DOCUMENT ELECTRONICALLY
                                                    FILED
UNITED STATES DISTRICT COURT                        DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                       DATE FILED: 12/13/18
```

COMMODITIES & MINERALS ENTERPRISE LTD.,

                Plaintiff,

-against-

CVG FERROMINERA ORINOCO, C.A.,

                Defendant.

1:16-cv-00861 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    Pursuant to the conference held before the Court on December 12, 2018, Plaintiff is granted leave to file its motion to lift the stay in this case and leave to file its motion for turnover of funds. Plaintiff's motions are due on December 21, 2018. Defendant's opposition is due on January 22, 2019.

**SO ORDERED.**

Dated: December 13, 2018
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**