UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITIES & MINERALS ENTERPRISE LTD.,#<br><br>    Plaintiff,<br><br>v.<br><br>CVG FERROMINERA ORINOCO, C.A.,<br><br>    Defendant. | 16 Civ. 861 (ALC)<br><br>**<u>NOTICE OF MOTION TO LIFT THE STAY AND TRANSFER FUNDS INTO ESCROW PURSUANT TO A JUDGMENT OF A UNITED STATES DISTRICT COURT</u>** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Bruce G. Paulsen, including all exhibits annexed thereto, the accompanying memorandum of law dated December 21, 2018, and upon all prior pleadings and proceedings herein, plaintiff Commodities & Minerals Enterprise Ltd. ("CME"), by and through its undersigned counsel, shall move this Court, at the United States Courthouse located at 40 Foley Square, Courtroom 1306, New York, New York 10007, before the Honorable Andrew L. Carter, Jr., at such time as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 69 and N.Y. CPLR 5225(b), (i) lifting the stay in this action, and (ii) directing garnishee Bank of America, N.A. to transfer the funds attached in this action at the New York bank account of defendant CVG Ferrominera Orinoco, C.A. ("FMO"), into the escrow account established pursuant to a partial final arbitration award dated January 5, 2017, as confirmed by a judgment of the United States District Court for the Southern

District of Florida dated July 18, 2018, and subsequently registered as a judgment in this District on November 7, 2018, and for such other and further relief as the Court deems just and proper.

New York, NY
December 20, 2018

                                          SEWARD & KISSEL LLP

                                          By:   /s Bruce G. Paulsen
                                                  Bruce G. Paulsen
                                                  Brian P. Maloney
                                                  Michael B. Weitman
                                                  Laura E. Miller

                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone: (212) 574-1200
                                        Fax: (212) 480-8421
                                        paulsen@sewkis.com
                                        maloney@sewkis.com
                                        weitman@sewkis.com
                                        millerl@sewkis.com

                                        *Attorneys for plaintiff Commodities &*
                                        *Minerals Enterprise Ltd.*

TO:     Edward A. Keane, Esq.
          MAHONEY & KEANE, LLP
          40 Worth Street
          10th Floor
          New York, New York 10013-2904
          *Attorneys for defendant CVG Ferrominera*
          *Orinoco, C.A.*

          Barry J. Glickman, Esq.
          ZEICHNER ELLMAN & KRAUSE LLP
          1211 Avenue of the Americas
          New York, New York 10036
          *Attorneys for garnishee Bank of America, N.A.*

SK 29735 0001 8113914