```
                                                          USDC SDNY
                                                          DOCUMENT ELECTRONICALLY
                                                          FILED
                                                          DOC#: _____
                                                          DATE FILED:  2/5/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
COMMODITIES & MINERALS
ENTERPRISE LTD.,

                         Plaintiff,        1:16-cv-00861 (ALC)

-against-                               **ORDER TO SHOW CAUSE**

CVG FERROMINERA ORINOCO, C.A.,

                         Defendant.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 9, 2018, Plaintiff Commodities & Minerals Enterprise LTD. filed a status report informing the Court that a proceeding related to this case in the United States District Court for the Southern District of Florida had concluded in favor of Plaintiff. ECF No. 107. In light of this, the Court held a pre-motion conference on December 12, 2018 to discuss Plaintiff's anticipated motion to lift the stay in this case and to seek a turnover of all funds attached by the Court, which Defendant did not attend. During the conference, the Court granted Plaintiff leave to file its motion and provided a briefing schedule. ECF No. 109. Plaintiff filed its motion on December 20, 2018. ECF Nos. 110-12. Defendant's response was due on January 22, 2019. Defendants' have not filed any response as of the date of this order. Accordingly, Defendant is **ORDERED TO SHOW CAUSE** within 7 days as to why Plaintiffs' motion should not be treated as unopposed.

**SO ORDERED.**

**Dated: February 5, 2019**
          New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**