# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

Michael B. Weitman
Ext. 461
mweitman@westermanllp.com

July 31, 2019

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Attn: Judge Alvin K. Hellerstein

    Re:    FrontPoint Asian Event Driven Fund Ltd. v. Citibank, N.A.
              Case No: 16-cv-5263

Dear Judge Hellerstein:

I am an attorney now associated with Westerman Ball Ederer Miller Zucker and Sharfstein, LLP. I was representing United Overseas Bank Limited in the above matter. Please allow this letter to serve as my request that the court remove me from electronic notification on the case. The reason for this request is that I am no longer working at Seward & Kissel, LLP.

Thank you for your time and attention in this matter.

                          Very truly yours,

                          s/ Michael B. Weitman

                          Michael B. Weitman

2046784