**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-1-19

Michael B. Weitman
Ext. 461
mweitman@westermanllp.com

July 31, 2019

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Attn: Judge Andrew L. Carter, Jr.

Re: Commodities & Minerals Enterprise Ltd. v.
CVG Ferrominera Orinoco, C.A.
Case No: 16-cv-861

Dear Judge Carter:

I am an attorney now associated with Westerman Ball Ederer Miller Zucker and Sharfstein, LLP. I was representing Commodities & Minerals Enterprise Ltd. in the above matter. Please allow this letter to serve as my request that the court remove me from electronic notification on the case. The reason for this request is that I am no longer working at Seward & Kissel, LLP.

Thank you for your time and attention in this matter.

Very truly yours,

s/ Michael B. Weitman

Michael B. Weitman

The application is ✓ granted. ☐ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: August 1, 2019
NY, New York

2046787