USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/4/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| **COMMODITIES & MINERALS ENTERPRISE LTD.,** | : | |
| | : | |
| Plaintiff, | : | 1:16-CV-00861 (ALC) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| **CVG FERROMINERA ORINOCO, C.A.,** | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are hereby ORDERED to submit a joint status report to the Court on or before June 26, 2020.

**SO ORDERED.**

| | |
|---|---|
| **Dated:** | **New York, New York** |
| | **June 4, 2020** |

                                                            _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**