UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_Oct. 22, 2021\_\_

| | |
|---|---|
| Commodities & Minerals Enterprise Ltd.,<br>                              Plaintiff,<br><br>-against-<br><br>CVG Ferrominera Orinoco, C.A.,<br>                              Defendant. | 16-CV-861-ALC<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are hereby **ORDERED** to submit a joint status report to the Court on or before **November 21, 2021.**

**SO ORDERED.**

**Dated**: Oct. 22, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**