```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Jan. 25, 2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Commodities & Minerals Enterprise Ltd.,

       Plaintiff,

-against-

CVG Ferrominera Orinoco, C.A.,

       Defendant.

16-CV-861-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  In light of the Second Circuit's Oct. 3, 2022 ruling on the appeal and closing of the related case in C*ommodities & Minerals Enterprise Ltd. v. CVG Ferrominera Orinoco, C. A.*, 19-cv-11654, the Parties are hereby **ORDERED** to submit a joint status report to the Court on or before **February 2, 2023.**

**SO ORDERED.**

**Dated**:  Jan. 25, 2023
    New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**