# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

BRUCE G. PAULSEN
PARTNER
(212) 574-1533
paulsen@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

February 2, 2023

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

      Re:    *Commodities & Minerals Enterprise Ltd. v.*
                *CVG Ferrominera Orinoco, C.A.*, No. 16-cv-861

Dear Judge Carter:

      We submit this joint letter on behalf of Plaintiff Commodities & Minerals Enterprise Ltd. ("CME") and Defendant CVG Ferrominera Orinoco, C.A. ("FMO" and, together with CME, the "Parties") in response to Your Honor's January 25, 2023 Order directing the Parties to submit a joint status report to the Court. *See* Dkt. 128.

      On October 3, 2022, the U.S. Court of Appeals for the Second Circuit issued an opinion and order affirming in part and vacating in part the Court's November 30, 2020 Opinion & Order, as amended on December 10, 2020. *See Commodities & Minerals Enter. Ltd. v. CVG Ferrominera Orinoco, C.A.*, 2d Cir. No. 20-4248, Dkt. No. 88. The Second Circuit's mandate was issued on October 24, 2022. *See Commodities & Minerals Enterprise Ltd. v. CVG Ferrominera Orinoco, C. A.*, No. 19-cv-11654, Dkt. No. 61.

      On December 29, 2022, FMO filed a petition for writ of certiorari with the U.S. Supreme Court, which was docketed on January 3, 2023. *See CVG Ferrominera Orinoco, C.A. v. Commodities & Minerals Enterprise Ltd.*, S. Ct. No. 22-608. On January 13, 2023, CME filed a waiver of its right to respond to FMO's petition for a writ of certiorari. On January 18, 2023, the matter was distributed for conference scheduled for February 17, 2023.

Hon. Andrew L. Carter, Jr.
February 2, 2023
Page 2

        Respectfully submitted,

        SEWARD & KISSEL LLP


        By: *s/ Bruce G. Paulsen*
            Bruce G. Paulsen
            Brian P. Maloney
            Laura E. Miller
        One Battery Park Plaza
        New York, New York 10004
        Tel. (212) 574-1200
        Fax: (212) 480-8421
        paulsen@sewkis.com
        maloney@sewkis.com
        millerl@sewkis.com

        *Counsel for Commodities & Minerals Enterprise Ltd.*