USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Feb. 6, 2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Commodities & Minerals Enterprise Ltd.,

                      Plaintiff,

-against-

CVG Ferrominera Orinoco, C.A.,

                      Defendant.

16-CV-861-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Dated**:  Feb. 6, 2023
        New York, New York

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**